IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOHN WANT**                                                                                    **PLAINTIFF**
**#A201**

v.                                   Case No. 4:20-cv-00696-KGB

**STATE OF ARKANSAS**                                                              **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered in this matter on this date, the Court dismisses petitioner John Want's 28 U.S.C. § 2254 petition for writ of habeas corpus without prejudice and denies the requested relief.

So adjudged this the 26th day of January, 2021.

_____
Kristine G. Baker
United States District Judge